**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TEDERRELL G.,**

                **Plaintiff,**                5:20-cv-1129
                                                            (GLS/CFH)

        v.

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                **Defendant.**
_____

**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Tederrell Grant
Pro Se
130 Vann Street
Syracuse, NY 13206

**FOR THE DEFENDANT:**
HON. CARLA B. FREEDMAN        NATASHA OELTJEN
United States Attorney             Special Assistant U.S. Attorney
100 South Clinton Street
Syracuse, NY 13261

Anatoly Shnaider
Regional Chief Counsel
Office of Regional Counsel, Region 1
625 JFK Building
15 New Sudbury Street
Boston, MA 02203

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

      The above-captioned matter comes to this court following a Report-

Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel,

duly filed February 22, 2022.  (Dkt. No. 24.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 24) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's motion for judgment on the pleadings (Dkt. No. 22) is **GRANTED**; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to enter judgment and close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 18, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge

3